UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON JAMES RUBIO, | CASE NO. C16-1269-JCC-JPD |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY AND OFFICER CHEN, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation of dismissal (Dkt. No. 63). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is DIRECTED to close this case.

DATED this 11th day of January 2018

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk